Howard J. STANSFIELD

v.

Alfred T. PEARSON.

No. 5256.

United States Court of Appeals
Tenth Circuit.

Oct. 10, 1955.

No appearance for appellant.

Williamson, Cubbison & Vaughan, Kansas City, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute.

---

Joseph Herman WAGSTAFF

v.

UNITED STATES of America.

No. 5214.

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1955.

Ben D. Browning, Salt Lake City, Utah, for appellant.

A. Pratt Kesler, U. S. Atty., and C. Nelson Day, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

PHILLIPS, Chief Judge.

Dismissed, pursuant to stipulation.

---

IOLA STATE BANK

v.

BOARD OF COUNTY COMMISSIONERS OF ALLEN COUNTY et al.

BOARD OF COUNTY COMMISSIONERS OF ALLEN COUNTY et al.

v.

MASSACHUSETTS BONDING & INSURANCE COMPANY.

IOLA STATE BANK

v.

BOARD OF COUNTY COMMISSIONERS OF ALLEN COUNTY et al.

BOARD OF COUNTY COMMISSIONERS OF ALLEN COUNTY et al.

v.

MASSACHUSETTS BONDING & INSURANCE COMPANY.

Nos. 5231–5234.

United States Court of Appeals
Tenth Circuit.

Nov. 7, 1955.

Leonard O. Thomas, Kansas City, Kan., and Stanley E. Toland, Iola, Kan., for Iola State Bank.

F. B. Freeman, Springfield, Mo., and Hudson & Hudson, Fort Scott, Kan., for Massachusetts Bonding & Insurance Company.

Mitchell H. Bushey, Iola, Kan., and John O. Foust, Iola, Kan., for Board of County Commissioners of Allen County et al.

PHILLIPS, Chief Judge.

Dismissed, pursuant to stipulation.